UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60720-CIV-MIDDLEBROOKS/WHITE
(CASE NO. 06-60304-CR-MIDDLEBROOKS)

ALBERT PICKETT,
   Movant,

v.

UNITED STATES OF AMERICA,
   Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND CLOSING CASE

THIS CAUSE comes before the Court upon Albert Pickett's *pro se* Motion to Vacate pursuant to 28 U.S.C. § 2255 ("Motion") (DE 1), attacking the validity of his sentence imposed in Case No. 06-60304-CR-Middlebrooks. Pickett filed his Motion on May 5, 2010, arguing that his enhanced sentence under the Armed Career Criminal Act ("ACCA"), 18 U.S.C. § 924(e)(1), was unlawful because, in light of the Supreme Court's decision in *Johnson v. United States*, 130 S. Ct. 1265 (2010), none of his prior convictions qualified as predicate offenses.[1] This matter was referred to the Honorable United States Magistrate Judge Patrick A. White, and a Report and Recommendation ("Report") (DE 22) issued on February 28, 2011, finding that Pickett's Motion was procedurally barred and alternatively should be denied on the merits. Objections to the Report were due within fourteen days of receipt of a copy of

---

[1] The *Johnson* Court held that the type of physical force necessary to constitute a "violent felony" for purposes of an enhanced sentence under the ACCA is "*violent* force—that is, force capable of causing physical pain or injury to another person." 130 S. Ct. at 1271. Pickett argues that, under this definition of violent felony, his prior convictions for battery on a law enforcement officer, corruption by threat, resisting arrest with violence, and aggravated battery of a pregnant victim, no longer qualify as predicate offenses.

1

the Report and Pickett filed his Objections on March 9, 2011. The Court has reviewed the record and is otherwise advised in the premises.

I agree with Judge White's findings and conclusion. For the reasons stated in the Report of the Magistrate Judge, and upon an independent *de novo* review of the file, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report (DE 22) is **RATIFIED, ADOPTED, AND APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Pickett's Motion to Vacate pursuant to 28 U.S.C. § 2255 is **DENIED**. The Clerk of Court shall **CLOSE** this Case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 31 day of March, 2011.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:  Magistrate Judge White;
Counsel of Record;
Albert Pickett, *pro se*
Reg. No. 77096-004
F.C.C. – Coleman (Medium)
B-3
P.O. Box 1032
Coleman, FL 33521